# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ALISE MALIKYAR § | |
| § | |
| V. § | CASE NO. 4:11-CV-417 |
| § | Judge Schneider/ Judge Mazzant |
| BAC HOME LOANS SERVICING, LP § | |
| ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss (Dkt. #9) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss (Dkt. #9) is **GRANTED**. Furthermore, since there is no basis for Plaintiff to sue Barrett Daffin Frappier Turner & Engel and Blue Star Financial, Inc., these Defendants are hereby **DISMISSED**.

It is accordingly **ORDERED** that this case is **DISMISSED** with prejudice.

**It is SO ORDERED.**

**SIGNED this 18th day of November, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE